UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

ANATOLY ZAK                                Civil No. 07-3496

vs.                                        Order of Reassignment

THE BOEING COMPANY, et al.

It is on this   8TH   day of April, 2008

O R D E R E D  that the entitled action is reassigned from

JUDGE PETER G. SHERIDAN to JUDGE KATHARINE S. HAYDEN

                                                  S/Garrett E. Brown, Jr.
                                   GARRETT E. BROWN, JR. CHIEF JUDGE
                                   UNITED STATES DISTRICT COURT